# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| ALPINE BUILDING, LLC, a Utah limited liability company; and GROVE CREEK, LLC, a Utah limited liability company, | ) ) ) Case No. 8:19-cv-00427-RFR-CRZ ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| APPLIED UNDERWRITERS, INC., a Nebraska corporation; APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., an Iowa corporation; CALIFORNIA INSURANCE COMPANY, a California corporation; and DOES 1 through 10, inclusive, | ) ) ) ) ) ) ) ) |
| Defendants | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Alpine Building, LLC and Grove Creek, LLC, by and through its counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against all Defendants.

Dated:  October 10, 2019            Respectfully submitted,

*/s/ Kristopher J. Covi*
Kristopher J. Covi (#21462)
McGrath North Mullin & Kratz PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
Telephone: (402) 341-3070
Fax: (402) 341-0216
Email address: kcovi@mcgrathnorth.com

Brandon J. Baxter
Shawn P. Bailey
Peck Hadfield Baxter & Moore, LLC

399 N Main St, Ste. 300
Logan, UT 84321
435-787-9700

Larry J. Lichtenegger
Lichtenegger Law Officer
3820 Rio Rd #58
Carmel, CA 93923
831-626-2801

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record registered with the CM/ECF system.

                                             */s/ Kristopher J. Covi*
                                             Kristopher J. Covi